JOHN LEVER, Appellant, *v.* GUARANTY TRUST COMPANY OF NEW YORK et al., Respondents, Impleaded with Others.

Argued June 4, 1942; decided July 29, 1942.

618

*I. Maurice Wormser* and *Samuel Zirn* for appellant.
*Edward C. McLean* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.